## IN RE ELLENA D. ET AL.*
## (15162)

O'Connell, Lavery and Heiman, Js.

Argued October 2—officially released October 29, 1996

Per Curiam. The judgment is affirmed.

## TOMASZ ZAWADSKI *v.* JAY ZALESKI ET AL.
## (15267)

Dupont, C. J., and Foti and Schaller, Js.

Submitted on briefs September 30—officially released October 29, 1996

Per Curiam. The decision of the workers' compensation review board is affirmed.

## LEVAUGHAN MURPHY *v.* CHARLES BURKE
## (15155)

Lavery, Heiman and Healey, Js.

Argued September 16—officially released October 29, 1996

Per Curiam. The judgment is affirmed.

* In accordance with the spirit and intent of General Statutes § 46b-142 (b) and Practice Book § 4166B.2, the names of the parties involved in this appeal are not disclosed. The records and papers of this case shall be open for inspection only to persons having a proper interest therein and upon order of the Appellate Court.